B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dye's Walk Country Club, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FKA Royal Oak Country Club; DBA Dye's Walk Country Club | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>26-1156528 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2080 South S.R. 135<br>Greenwood, IN<br>ZIP Code 46143 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Johnson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Dye's Walk Country Club, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Dye's Walk Country Club, LLC

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Jeffrey M. Hester
_____
Signature of Attorney for Debtor(s)

Jeffrey M. Hester 22048-49
Printed Name of Attorney for Debtor(s)

Tucker | Hester, LLC
Firm Name

429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204-1816

Address

(317) 833-3030  Fax: (317) 833-3031
Telephone Number

June  7, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Brian K. Benham
_____
Signature of Authorized Individual

Brian K. Benham
Printed Name of Authorized Individual

Authorized Agent
Title of Authorized Individual

June  7, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## MINUTES OF ACTION TAKEN BY
## SOLE MEMBER OF DYE'S WALK COUNTRY CLUB, LLC

The undersigned, being the Sole Member of **Dye's Walk Country Club, LLC** ("Dye's Walk") does hereby consent to the following described resolutions and all action contemplated thereby.

### Resolutions:

RESOLVED that Dye's Walk shall file a Chapter 11 bankruptcy petition as soon as reasonably possible.

FURTHER RESOLVED that the law firm of TUCKER | HESTER, LLC (the "Firm") is hereby engaged for representation of Dye's Walk in its Chapter 11 bankruptcy proceeding;

FURTHER RESOLVED that Brian Benham is hereby directed to execute the engagement letter for engagement of the Firm.

FURTHER RESOLVED that Brian Benham is hereby designated and authorized to act on behalf of Dye's Walk, to make all decisions, in his sole discretion, regarding action of Dye's Walk in the Chapter 11 proceeding, and to communicate with the Firm regarding all issues and matters in relation to Dye's Walk's Chapter 11 bankruptcy proceeding.

FURTHER RESOLVED that Dye's Walk acknowledges and waives any existing conflicts between Dye's Walk and Brian Benham.

DATE: 5-11-11          By: _____
                              Brian Benham

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Dye's Walk Country Club, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Indiana Bank & Trust<br>8740 South Emerson Avenue<br>Indianapolis, IN 46237 | Indiana Bank & Trust<br>8740 South Emerson Avenue<br>Indianapolis, IN 46237 | Real estate located at 2080 S.R. 135, Greenwood, Indiana 46143. Blanket lien. | | 2,508,734.81<br><br>(2,000,000.00 secured) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 taxes for four quarters 2010. Amount is approximate | Disputed | 135,700.00 |
| Ronald H. West<br>2917 S. Emerson Ave.<br>Greenwood, IN 46143 | Ronald H. West<br>2917 S. Emerson Ave.<br>Greenwood, IN 46143 | Property located at 2080 South S.R. 135, Greenwood, IN 46143 | Disputed | 110,000.00<br><br>(0.00 secured) |
| Greg Wertz<br>2282 Wedge Way Ct.<br>Greenwood, IN 46143 | Greg Wertz<br>2282 Wedge Way Ct.<br>Greenwood, IN 46143 | Loan | | 55,000.00 |
| Raymond Pierce Construction, Inc.<br>d/b/a Pierce Construction, Inc.<br>6301 Rockville Rd.<br>Indianapolis, IN 46214 | Raymond Pierce Construction, Inc.<br>d/b/a Pierce Construction, Inc.<br>6301 Rockville Rd.<br>Indianapolis, IN 46214 | Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | 45,000.00<br><br>(0.00 secured) |
| Steve Oliver<br>3440 Old Morgantown Rd.<br>Martinsville, IN 46151 | Steve Oliver<br>3440 Old Morgantown Rd.<br>Martinsville, IN 46151 | Loan | | 42,500.00 |
| Michael Reddick<br>3139 Fairway Ct.<br>Greenwood, IN 46143 | Michael Reddick<br>3139 Fairway Ct.<br>Greenwood, IN 46143 | Loan | | 42,500.00 |
| Robert Shoemaker<br>2777 Saddle Club Rd.<br>Greenwood, IN 46143 | Robert Shoemaker<br>2777 Saddle Club Rd.<br>Greenwood, IN 46143 | Loan | | 42,500.00 |
| Earl Gray and Sons, Inc.<br>P.O. Box 517<br>Bargersville, IN 46106 | Earl Gray and Sons, Inc.<br>P.O. Box 517<br>Bargersville, IN 46106 | Loan | | 40,284.01 |
| Shelby Gravel, Inc.<br>157 E. Rampart Rd.<br>Shelbyville, IN 46176 | Shelby Gravel, Inc.<br>157 E. Rampart Rd.<br>Shelbyville, IN 46176 | Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | 38,316.61<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re     Dye's Walk Country Club, LLC     Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Phillip Beaty<br>3660 Oak Forge Way<br>Greenwood, IN 46143 | Phillip Beaty<br>3660 Oak Forge Way<br>Greenwood, IN 46143 | Loan | | 30,000.00 |
| Custom Contracting & Management<br>1286 Three Story Hill Rd.<br>Morgantown, IN 46160 | Custom Contracting & Management<br>1286 Three Story Hill Rd.<br>Morgantown, IN 46160 | Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | 27,576.45<br><br>(0.00 secured) |
| Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | 2010 real property tax | | 27,259.59 |
| Roger Underwood<br>5433 Brooks Rd.<br>Greenwood, IN 46143 | Roger Underwood<br>5433 Brooks Rd.<br>Greenwood, IN 46143 | Lifetime membership | | 25,000.00 |
| Complete Electrical & Mechanical<br>P.O. Box 17546<br>Indianapolis, IN 46217 | Complete Electrical & Mechanical<br>P.O. Box 17546<br>Indianapolis, IN 46217 | Property located at 2080 South S.R. 135, Greenwood, IN 46142 | | 20,035.57<br><br>(0.00 secured) |
| Compton Mechanical Services, Inc.<br>8812 American Boulevard<br>Indianapolis, IN 46268 | Compton Mechanical Services, Inc.<br>8812 American Boulevard<br>Indianapolis, IN 46268 | Business Trade Debt | | 13,766.62 |
| Riley Bennett & Egloff, LLP<br>141 East Washington Street, 4th Floor<br>Indianapolis, IN 46204 | Riley Bennett & Egloff, LLP<br>141 East Washington Street, 4th Floor<br>Indianapolis, IN 46204 | Attorneys fees | | 11,736.00 |
| Greenwood Surveying, Inc.<br>d/b/a Projects Plus<br>2555 Fairview Place, #A<br>Greenwood, IN 46142-1322 | Greenwood Surveying, Inc.<br>d/b/a Projects Plus<br>2555 Fairview Place, #A<br>Greenwood, IN 46142-1322 | Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | 10,980.23<br><br>(0.00 secured) |
| Compton Remodel Acct<br>8812 American Boulevard<br>Indianapolis, IN 46268 | Compton Remodel Acct<br>8812 American Boulevard<br>Indianapolis, IN 46268 | Business Trade Debt | | 10,501.63 |
| Advanced Turf Solutions, Inc.<br>12840 Ford Drive<br>Fishers, IN 46038 | Advanced Turf Solutions, Inc.<br>12840 Ford Drive<br>Fishers, IN 46038 | Business Trade Debt | | 10,234.76 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Dye's Walk Country Club, LLC                                                          Case No.    _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    June 7, 2011                                    Signature    /s/ Brian K. Benham
                                                                                     _____
                                                                                     Brian K. Benham
                                                                                     Authorized Agent

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC                    ,     Case No. _____

                                            Debtor    Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 4 | 278,779.69 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,106,682.45 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 200,339.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 1,343,921.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 2,278,779.69 | | |
| Total Liabilities | | | | 4,650,943.29 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC

Debtor

Case No. _____

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Dye's Walk Country Club, LLC
                                                                    ,    Case No. _____
                              Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Real estate located at 2080 South S.R. 135, Greenwood, Indiana 46143, consisting of four tracts used as a golf course and country club, divided as follows:<br>Tract I: Part of the East Half of Section 11, Township 13 North, Range 3 East of the Second Principal Meridian, containing 49.013 acres.<br>Tract II:  Part of the East Half of Section 11, Township 13 North, Range 3 East of the Second Principal Meridian, containing 37.223 acres.<br>Tract III:  Part of the East Half of Section 11, Township 13 North, Range 3 East of the Second Principal Meridian, containing 467 square feet, 0.01 acres, excepting the right-of-way line of the Illinois-Central Railroad, containing 0.41 acres.<br>Tract IV:  Part of the Northeast Quarter of Section 11, Township 13 North, Range 5 East of the Second Principal Meridian, containing 2,394.33 square feet | Fee simple | - | 2,000,000.00 | 2,508,734.81 |

|  |  | Sub-Total > | 2,000,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 2,000,000.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Dye's Walk Country Club, LLC**                        ,    Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | Petty cash<br>Location: In Debtor's possession | - | 1,900.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Indiana Bank & Trust checking account ending in #9711.<br><br>PNC Bank checking account ending in #2992. | -<br><br>- | 29,474.75<br><br>357.81 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                 Sub-Total >      31,732.56

                                                (Total of this page)

   __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Dye's Walk Country Club, LLC** _____,  Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Monthly membership charges - includes June 2011 pre-bills and trail fees for food, beverage and golf shop charges. | - | 148,479.32 |
| | | Non-member charges for events held at business for May 2011 and prior. | - | 7,300.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   155,779.92
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Dye's Walk Country Club, LLC                                    ,   Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaim for Declaratory Judgment and Damages filed against Richard D. Riley on August 16, 2010, in the Johnson Superior Court under Cause No. 41D01-1009-PL-00056. | - | Unknown |
| | | Damage claims against Bargersville Utilities and Duke Energy | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor license permit no. RR4188364.  Issued 3/22/11; expires 11/17/11. | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture and equipment, restaurant equipment, bar, chairs, tables, shelving for golf shop, computer system.<br>Location:  In Debtor's possession. | - | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous tools and golf maintenance equipment, and pool equipment and other landscaping tools and equipment used in the operation of pool and golf course. (1) Bobcat skid-steer loader 863 SN 514420008. (1) John Deere Tractor.<br>Location:  In Debtor's possession. | - | 40,000.00 |
| 30. Inventory. | | Miscellaneous kitchen and restaurant items. | - | 3,400.00 |
| | | Miscellaneous chemical inventory used for golf course maintenance. | - | 15,263.00 |
| | | Miscellaneous items of golf shop inventory. | - | 9,422.21 |

|  | Sub-Total >  | 88,085.21 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Dye's Walk Country Club, LLC                          ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Miscellaneous liquor and bar items. | - | 3,182.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Website and domain: www.dyeswalkcc.com | - | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 3,182.00 |
| (Total of this page) | |
| Total > | 278,779.69 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    Dye's Walk Country Club, LLC                       ,     Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. xxxx-xx3180<br><br>Apple Electric, Inc.<br>2260 Bluewing Rd.<br>Greenwood, IN 46143 | | - | | | 02/14/2011<br><br>Mechanic's Lien<br><br>Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | | | | |
| | | | | | Value $         0.00 | | | | 7,981.96 | 7,981.96 |
| Account No. xxxx-xx7467<br><br>Complete Electrical & Mechanical<br>P.O. Box 17546<br>Indianapolis, IN 46217 | | - | | | 08/27/2010<br><br>Mechanic's Lien<br><br>Property located at 2080 South S.R. 135, Greenwood, IN 46142 | | | | | |
| | | | | | Value $         0.00 | | | | 20,035.57 | 20,035.57 |
| Account No. xxxx-xx3276<br><br>Custom Contracting & Management<br>1286 Three Story Hill Rd.<br>Morgantown, IN 46160 | | - | | | 02/14/2011<br><br>Mechanic's Lien<br><br>Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | | | | |
| | | | | | Value $         0.00 | | | | 27,576.45 | 27,576.45 |
| Account No.<br><br>Dye's Walk Investment, LLC<br>9611 Clover Leaf Ln.<br>Fishers, IN 46038 | | - | | | 11/25/2010<br><br>Note and Third Mortgage<br><br>Property located at 2080 South S.R. 135, Greenwood, IN 46143 | | | | | |
| | | | | | Value $         0.00 | | | | 300,000.00 | 300,000.00 |

  __3__ continuation sheets attached

                                       Subtotal<br>(Total of this page)      355,593.98      355,593.98

B6D (Official Form 6D) (12/07) - Cont.

In re  Dye's Walk Country Club, LLC _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | DATE: 8/2010 | | | | | |
| Financial Management Services, Inc. 1001 Wearrenville Road, Suite 210 Lisle, IL 60532 | - | | Note and Security Agreement All accounts receivable, inventory, equipment, accounts, contract rights, books and records, etc. | | | | | |
| | | | Value $              14,429.09 | | | | 14,428.09 | 0.00 |
| **Account No.** | | | | | | | | |
| George A. Rubin Rubin & Levin, P.C. 342 Massachusetts Ave., #500 Indianapolis, IN 46204 | | | Representing: Financial Management Services, Inc. | | | | Notice Only | |
| | | | Value $ | | | | | |
| **Account No.** | | | | | | | | |
| Kenney Corporation d/b/a Kenney Outdoor Solutions 8420 Zionsville Rd. Indianapolis, IN 46268 | | | Representing: Financial Management Services, Inc. | | | | Notice Only | |
| | | | Value $ | | | | | |
| **Account No. xxxxxx7-001** | | | DATE: 11/2008 | | | | | |
| GE Capital PO Box 6229 Carol Stream, IL 60197 | - | | Note and Security Agreement One Bobcat skid-steer loader 863 SN 514420008, bucket, forks, all attachments, accessories, replacement parts, additions, all proceeds thereof. | | | | | |
| | | | Value $              Unknown | | | | 1,197.28 | Unknown |
| **Account No.** | | | | | | | | |
| Citicapital Commercial Corporation 2208 Highway 121 Bedford, TX 76021 | | | Representing: GE Capital | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet  1  of  3  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        15,625.37        0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re      Dye's Walk Country Club, LLC                                    ,          Case No. _____
                                                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | DATE: 8/2008 | | | | | |
| GFC Leasing A Division of Gordon Flesch Co., Inc. 2101 West Beltline Highway Madison, WI 53713 | | - | Note and Security Agreement  DBE00578/R7806 Imagerunner C3080 with accessories | | | | | |
| | | | Value $              0.00 | | | | 375.45 | 375.45 |
| Account No. xxxx-xx8796 | | | 09/16/2010 | | | | | |
| Greenwood Surveying, Inc. d/b/a Projects Plus 2555 Fairview Place, #A Greenwood, IN 46142-1322 | | - | Mechanic's Lien  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | | | |
| | | | Value $              0.00 | | | | 10,980.23 | 10,980.23 |
| Account No. | | | 12/20/2010 | | | | | |
| Greg E. Wertz 2282 Wedge Way Ct. Greenwood, IN 46143 | | X - | Loan and Fourth Mortgage  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | | | |
| | | | Value $              0.00 | | | | 13,000.00 | 13,000.00 |
| Account No. | | | 10/2007 | | | | | |
| Indiana Bank & Trust 8740 South Emerson Avenue Indianapolis, IN 46237 | | X - | Loan and First Mortgage  Real estate located at 2080 South S.R. 135, Greenwood, Indiana 46143.  Blanket lien. | | | | | |
| | | | Value $     2,000,000.00 | | | | 2,508,734.81 | 508,734.81 |
| Account No. xxxx-xx7466 | | | 08/27/2010 | | | | | |
| Janke Painting, Inc. 5715 Winterwind Ln. Indianapolis, IN 46237 | | - | Mechanic's Lien  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | | | |
| | | | Value $              0.00 | | | | 9,056.00 | 9,056.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,542,146.49 | 542,146.49 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Dye's Walk Country Club, LLC                                      ,        Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. xxxx-xx7594 | | | | | 08/31/2010 | | | | | |
| Raymond Pierce Construction, Inc. d/b/a Pierce Construction, Inc. 6301 Rockville Rd. Indianapolis, IN 46214 | X | - | | | Mechanic's Lien  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | | | |
| | | | | | Value $          0.00 | | | | 45,000.00 | 45,000.00 |
| Account No. | | | | | 11/21/2009 | | | | | |
| Ronald H. West 2917 S. Emerson Ave. Greenwood, IN 46143 | X | - | | | Debt from original purchase. Second Mortgage  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | X | | |
| | | | | | Value $          0.00 | | | | 110,000.00 | 110,000.00 |
| Account No. | | | | | 12/20/2010 | | | | | |
| Shelby Gravel, Inc. 157 E. Rampart Rd. Shelbyville, IN 46176 | X | - | | | Loan and Mortgage  Property located at 2080 South S.R. 135, Greenwood, IN  46143 | | | | | |
| | | | | | Value $          0.00 | | | | 38,316.61 | 38,316.61 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  3  of  3  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 193,316.61 | 193,316.61 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,106,682.45 | 1,091,057.08 |

B6E (Official Form 6E) (4/10)

.

In re   Dye's Walk Country Club, LLC                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_3_   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Dye's Walk Country Club, LLC
_____,    Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Employees of Dye's Walk Country Club<br>2080 South S.R. 135<br>Greenwood, IN 46143 | - | | May 2011<br><br>Employee salaries, wages and commissions | | | | 31,470.00 | 31,470.00<br><br>0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  1  of  3  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 31,470.00 | 31,470.00 0.00 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re    Dye's Walk Country Club, LLC    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | | 2010<br><br>941 taxes for four quarters 2010. Amount is approximate | | | X | 135,700.00 | 0.00 | 135,700.00 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | | 2010<br><br>940 tax for 2010. Amount is approximate. | | | | 2,370.00 | 0.00 | 2,370.00 |
| Account No. xx-xx-xx-xxx-xxx.xx2.038<br><br>Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | - | | | DATE: 5/2011<br><br>2010 real property tax | | | | 24.09 | 0.00 | 24.09 |
| Account No. xx-xx-xx-xxx-xxx.xx0-038<br><br>Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | - | | | DATE: 5/2011<br><br>2010 real property tax | | | | 3,513.33 | 0.00 | 3,513.33 |
| Account No. xx-xx-xx-xxx-xxx.xx4-038<br><br>Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | - | | | DATE: 5/2011<br><br>2010 real property tax | | | | 2.50 | 0.00 | 2.50 |

Sheet  2   of  3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| 0.00 | |
| 141,609.92 | 141,609.92 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Dye's Walk Country Club, LLC                                          ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx-xx-xx-xxx-xxx.xx0-038 | | | DATE: 5/2011 | | | | | | |
| Johnson County Assessor 86 West Court Street Franklin, IN 46131 | - | | 2010 real property tax | | | | 27,259.59 | 0.00 | 27,259.59 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _3_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 27,259.59 | 0.00 / 27,259.59 |
| Total (Report on Summary of Schedules) | 31,470.00 | |
| | 200,339.51 | 168,869.51 |

B6F (Official Form 6F) (12/07)

In re     Dye's Walk Country Club, LLC                          ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE: 2010 Business Trade Debt | | | | |
| Acushnet Company PO Box 965 Fairhaven, MA 02719 | - | | | | | | 5,246.00 |
| Account No. | | | DATE: 2010 Business Trade Debt | | | | |
| Acushnet/Footjoy 333 Bridge Street Fairhaven, MA 02719 | - | | | | | | 246.00 |
| Account No. | | | DATE: 2010 Business Trade Debt | | | | |
| Advanced Turf Solutions, Inc. 12840 Ford Drive Fishers, IN 46038 | - | | | | | | 10,234.76 |
| Account No. | | | DATE: 2010 Business Trade Debt | | | | |
| Antigua Group, Inc. 2903 Baysphere Circle Chicago, IL 60674 | - | | | | | | 14.98 |
| __17__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 15,741.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Dye's Walk Country Club, LLC                      , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Aquatic Services of Indiana<br>122 Bluffdale Drive<br>Greenwood, IN 46142 | - | | | DATE: 2010<br>Business Trade Debt | | | | 575.26 |
| Account No.<br><br>Atlas Industrial Holdings, LLC<br>5275 Sinclair Road<br>Columbus, OH 43229 | - | | | DATE: 2010<br>Business Trade Debt | | | | 8,075.00 |
| Account No.<br><br>Bardach Awards<br>220 West Main Street<br>Greenwood, IN 46142 | - | | | DATE: 2010<br>Business Trade Debt | | | | 430.48 |
| Account No.<br><br>Barry Rohm<br>2104 Woodsway Dr.<br>Greenwood, IN 46143 | - | | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Best Rentals<br>1625 Southeastern Avenue<br>Indianapolis, IN 46201 | - | | | DATE: 2010<br>Business Trade Debt | | | | 1,323.29 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,404.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | DATE: 2010 Loan - silver membership | | | | |
| Bob Jordan 1219 Stillwater Ct. Greenwood, IN 46142 | | - | | | | | | 5,000.00 |
| Account No. | | | | DATE: 1/2010 Business Trade Debt | | | | |
| Boyer Technologies, Inc. 5850 Kopetsky Drive, Suite E Indianapolis, IN 46217 | | - | | | | | | 1,693.83 |
| Account No. | | | | DATE: 5/2010 Business Trade Debt | | | | |
| Brehob Nursery 4316 Bluff Road Indianapolis, IN 46217 | | - | | | | | | 30.71 |
| Account No. | | | | DATE: 7/2008 Loan | | | | |
| Brian Benham 5363 N. 400 W. Bargersville, IN 46106 | | - | | | | | | 744,183.98 |
| Account No. | | | | DATE: 2010 Loan - gold membership | | | | |
| Bruce Mitchell 3703 The Courts Greenwood, IN 46143 | | - | | | | | | 10,000.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      760,908.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | DATE: 11/2010 Business Trade Debt | | | | |
| Bushnell Outdoor Products 1551 Baysphere Circle Chicago, IL 60674 | - | | | | | | | |
| | | | | | | | | 190.85 |
| Account No. | | | | DATE: 2010 Loan - silver membership | | | | |
| C.J. Houston 2726 Reflection Way Greenwood, IN 46143 | - | | | | | | | |
| | | | | | | | | 5,000.00 |
| Account No. | | | | DATE: 5/2010 Business Trade Debt | | | | |
| Callaway Golf PO Box 9002 Carlsbad, CA 92018 | - | | | | | | | |
| | | | | | | | | 7,078.98 |
| Account No. | | | | DATE: 5/2010 Business Trade Debt | | | | |
| Cap America PO Box 840176 Kansas City, MO 64184 | - | | | | | | | |
| | | | | | | | | 896.23 |
| Account No. | | | | DATE: 11/2008 Business Trade Debt | | | | |
| Cintas 50 South Koweba Lane Indianapolis, IN 46201 | - | | | | | | | |
| | | | | | | | | 547.40 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,713.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | DATE: 7/2010 Business Trade Debt | | | | |
| Cleveland Golf PO Box 7270 Newport Beach, CA 92658 | - | | | | | | | 939.94 |
| Account No. | | | | DATE: 6/2010 Business Trade Debt | | | | |
| Cobra PUMA Golf, Inc. 10 Lyberty Way Westford, MA 01886 | - | | | | | | | 1,643.91 |
| Account No. | | | | DATE: 9/21/10 Business Trade Debt | | | | |
| Compton Mechanical Services, Inc. 8812 American Boulevard Indianapolis, IN 46268 | - | | | | | | | 13,766.62 |
| Account No. | | | | DATE: 9/8/10 Business Trade Debt | | | | |
| Compton Remodel Acct 8812 American Boulevard Indianapolis, IN 46268 | - | | | | | | | 10,501.63 |
| Account No. | | | | DATE: 7/1/10 Business Trade Debt | | | | |
| DMX 600 Congressional Avenue, Suite 1900 Austin, TX 78701 | - | | | | | | | 2,889.89 |

Sheet no. __4__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,741.99

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                              ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Doug Quick<br>8964 Winterberry Court<br>Zionsville, IN 46077 | - | | DATE: 4/2010<br>Business Trade Debt | | | | 2,500.00 |
| Account No.<br><br>Douglas Desmit<br>2056 Lake Run Dr.<br>Greenwood, IN 46143 | - | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Earl Gray<br>6720 W. 425 S.<br>Morgantown, IN 46160 | - | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Earl Gray and Sons, Inc.<br>P.O. Box 517<br>Bargersville, IN 46106 | - | | DATE: 1/2010<br>Loan | | | | 40,284.01 |
| Account No.<br><br>Essig Golf, LLC<br>1800 West 18th Street<br>Indianapolis, IN 46202 | - | | DATE: 6/8/08<br>Business Trade Debt | | | | 9,000.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,784.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | DATE: 10/14/10 Business Trade Debt | | | | |
| Fed Ex 8307 North Perimeter Road Indianapolis, IN 46241 | | | | | | | | 23.77 |
| Account No. | | - | | DATE: 6/29/10 Business Trade Debt | | | | |
| Gale Insulation 2040 Lynhurst Drive, Suite F Indianapolis, IN 46241 | | | | | | | | 3,281.00 |
| Account No. | | - | | DATE: 12/20/10 Business Trade Debt | | | | |
| GE Capital PO Box 644479 Pittsburgh, PA 15264 | | | | | | | | 613.24 |
| Account No. | | - | | DATE: 4/1/09 Business Trade Debt | | | | |
| Gear for Sports, Inc. 9700 Commerce Parkway Overland Park, KS 66214 | | | | | | | | 2,574.99 |
| Account No. | | - | | DATE: 2010 - 2011 Services provided - consulting fee | | | | |
| George Cannon 9611 Cloverleaf Lane Fishers, IN 46038 | | | | | | | | 23,225.00 |

| | | |
|---|---|---|
| Sheet no. _6_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 29,718.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re     Dye's Walk Country Club, LLC                                    ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>GFC Leasing<br>2101 West Beltline Highway<br>Madison, WI 53713 | - | | DATE: 10/5/10<br>Business Trade Debt | | | | 771.59 |
| Account No.  <br><br>Gordon Flesch Company, Inc.<br>2101 West Beltline Highway<br>Madison, WI 53713 | - | | DATE: 4/3/10<br>Business Trade Debt | | | | 459.51 |
| Account No.  <br><br>Greg Norman Collection, Inc.<br>PO Box 601898<br>Charlotte, NC 28260 | - | | DATE: 8/2010<br>Business Trade Debt | | | | 824.89 |
| Account No.  <br><br>Greg Wertz<br>2282 Wedge Way Ct.<br>Greenwood, IN 46143 | - | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.  <br><br>Greg Wertz<br>2282 Wedge Way Ct.<br>Greenwood, IN 46143 | - | | DATE: 8/2010<br>Loan | | | | 55,000.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          67,055.99

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                      ,       Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DATE: 12/10/10 Business Trade Debt | | | | |
| Home Depot 850 South S.R. 135 Greenwood, IN 46143 | - | | | | | | | 3,292.49 |
| Account No. | | | | DATE: 11/2010 Business Trade Debt | | | | |
| IBS 12201 Gayton Road, Suite 100 Henrico, VA 23238 | - | | | | | | | 457.75 |
| Account No. | | | | DATE: 2010 Loan - gold membership | | | | |
| James Emberton 2110 Woodsway Dr. Greenwood, IN 46143 | - | | | | | | | 10,000.00 |
| Account No. | | | | DATE: 2010 Loan - gold membership | | | | |
| Jerrold Tipmore 4195 Maple Hill Dr. Greenwood, IN 46143 | - | | | | | | | 10,000.00 |
| Account No. | | | | DATE: 2010 Loan - gold membership | | | | |
| Joe Risser 4611 Osprey Dr. Greenwood, IN 46143 | - | | | | | | | 10,000.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     33,750.24

B6F (Official Form 6F) (12/07) - Cont.

In re　　Dye's Walk Country Club, LLC　　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DATE: 2010 Business Trade Debt | | | | |
| John Deere Landscapes 24110 Network Place Chicago, IL 60673 | - | | | | | | | 1,777.10 |
| Account No. | | | | DATE: 8/30/10 Business Trade Debt | | | | |
| Klosterman Baking Company PO Box 712572 Cincinnati, OH 45229 | - | | | | | | | 105.14 |
| Account No. | | | | DATE: 7/31/10 Business Trade Debt | | | | |
| Lesco PO Box 530955 Atlanta, GA 30353 | - | | | | | | | 443.04 |
| Account No. | | | | DATE: 2/7/11 Business Trade Debt | | | | |
| Lorian Labs 256 Yoke Street Indianapolis, IN 46225 | - | | | | | | | 95.23 |
| Account No. | | | | DATE: 4/19/10 Business Trade Debt | | | | |
| Loud Mouth Golf 205 DeAnza Boulevard, #99 San Mateo, CA 94402 | - | | | | | | | 454.85 |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　2,875.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                  ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LPGA Headquarters<br>100 International Golf Drive<br>Daytona Beach, FL 32124 | | - | | DATE: 3/2011<br>Business Trade Debt | | | | 143.75 |
| Account No.<br><br>Maui Jim USA, Inc.<br>6535 Eagle Way<br>Chicago, IL 60678 | | - | | DATE: 4/30/10<br>Business Trade Debt | | | | 1,454.61 |
| Account No.<br><br>Michael Reddick<br>3139 Fairway Ct.<br>Greenwood, IN 46143 | | - | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Michael Reddick<br>3139 Fairway Ct.<br>Greenwood, IN 46143 | | - | | DATE: 6/2010<br>Loan | | | | 42,500.00 |
| Account No.<br><br>Midwest Golf & Turf<br>10737 Medallion Drive, Suite A<br>Cincinnati, OH 45241 | | - | | DATE: 4/13/09<br>Business Trade Debt | | | | 355.93 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     54,454.29

B6F (Official Form 6F) (12/07) - Cont.

In re   Dye's Walk Country Club, LLC                                    ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mike Minor<br>4239 Woodsage Trace<br>Indianapolis, IN 46237 | - | | DATE: 2010<br>Loan - silver membership | | | | 5,000.00 |
| Account No.<br><br>P&P Golf Car Rental<br>7318 East Old S.R. 144<br>Mooresville, IN 46158 | - | | DATE: 6/1/10<br>Business Trade Debt | | | | 1,534.00 |
| Account No.<br><br>Phillip Beaty<br>3660 Oak Forge Way<br>Greenwood, IN 46143 | - | | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Phillip Beaty<br>3660 Oak Forge Way<br>Greenwood, IN 46143 | - | | DATE: 6/2010<br>Loan | | | | 30,000.00 |
| Account No.<br><br>Ping<br>PO Box 52450<br>Phoenix, AZ 85072 | - | | DATE: 5/2010<br>Business Trade Debt | | | | 17.26 |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      46,551.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DATE: 2/2/10 Business Trade Debt | | | | |
| Pitney Bowes PO Box 371887 Pittsburgh, PA 15250 | - | | | | | | | 3,704.91 |
| Account No. | | | | DATE: 2/2/10 Business Trade Debt | | | | |
| Pitney Bowes Purchase Power PO Box 856042 Louisville, KY 40285 | - | | | | | | | 1,212.22 |
| Account No. | | | | DATE: 8/31/09 Business Trade Debt | | | | |
| Pro Power PO Box 382 Milwaukee, WI 53201 | - | | | | | | | 37.00 |
| Account No. | | | | DATE: 9/2010 Business Trade Debt | | | | |
| Professional Golfcar Corporation PO Box 250 Bloomington, IN 47402 | - | | | | | | | 733.89 |
| Account No. | | | | DATE: 8/13/10 Business Trade Debt | | | | |
| R&R Products, Inc. 3334 East Milber Street Tucson, AZ 85714 | - | | | | | | | 480.39 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,168.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Reynolds Farm Equipment PO Box 218 Fishers, IN 46038 | - | | | DATE: 1/2009 Business Trade Debt | | | | 8,478.59 |
| Account No.  Riley Bennett & Egloff, LLP 141 East Washington Street, 4th Floor Indianapolis, IN 46204 | - | | | DATE: 1/28/11 Attorneys fees | | | | 11,736.00 |
| Account No.  Robert Klene 1407 E. Stop 10 Rd. Indianapolis, IN 46227 | - | | | DATE: 2010 Loan - silver membership | | | | 5,000.00 |
| Account No.  Robert Kramer 222 Walnut Woods Dr. Greenwood, IN 46142 | - | | | DATE: 6/2010 Loan | | | | 10,000.00 |
| Account No.  Robert Shoemaker 2777 Saddle Club Rd. Greenwood, IN 46143 | - | | | DATE: 6/2010 Loan | | | | 42,500.00 |

| Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 77,714.59 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Shoemaker<br>2777 Saddle Club Rd.<br>Greenwood, IN 46143 | | - | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Roger Underwood<br>5433 Brooks Rd.<br>Greenwood, IN 46143 | | - | DATE: 2010<br>Lifetime membership | | | | 25,000.00 |
| Account No.<br><br>Sandbaggers<br>PO Box 17677<br>Portland, ME 04112 | | - | DATE: 7/17/09<br>Business Trade Debt | | | | 230.34 |
| Account No.<br><br>Scott Gudeman<br>3132 Golfview Dr.<br>Greenwood, IN 46143 | | - | DATE: 2010<br>Loan - gold membership | | | | 10,000.00 |
| Account No.<br><br>Sheila Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | | - | DATE: 2010<br>Loan | | | | 4,574.59 |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          49,804.93

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sherwin Williams <br> 331 South S.R. 135, Suite E <br> Greenwood, IN 46142 | - | | DATE: 8/2010 <br> Business Trade Debt | | | | 142.88 |
| Account No. <br><br> Sonitrol <br> 219 East St. Joseph Street <br> Indianapolis, IN 46202 | - | | DATE: 3/2011 <br> Business Trade Debt | | | | 142.00 |
| Account No. <br><br> Spectrum Flooring and Services <br> 198 East Main Street <br> Greenwood, IN 46143 | - | | DATE: 1/21/11 <br> Business Trade Debt | | | | 4,920.51 |
| Account No. <br><br> Srixon Sports USA, Inc. <br> PO Box 102674 <br> Atlanta, GA 30368 | - | | DATE: 9/22/08 <br> Business Trade Debt | | | | 172.67 |
| Account No. <br><br> St. Andrew's Products Co. <br> 500 Mariner Drive <br> Michigan City, IN 46360 | - | | DATE: 9/2010 <br> Business Trade Debt | | | | 20.95 |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,399.01

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Dye's Walk Country Club, LLC                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DATE: 6/2010 Loan | | | | |
| Steve Oliver 3440 Old Morgantown Rd. Martinsville, IN 46151 | - | | | | | | | 42,500.00 |
| Account No. | | | | DATE: 2/23/10 Business Trade Debt | | | | |
| Straight Down Clothing, First Capital PO Box 643382 Cincinnati, OH 45264 | - | | | | | | | 587.83 |
| Account No. | | | | DATE: 11/2010 Business Trade Debt | | | | |
| Taylor Made PO Box 406043 Atlanta, GA 30384 | - | | | | | | | 2,509.05 |
| Account No. | | | | DATE: 9/2009 Business Trade Debt | | | | |
| Team Effort, Inc. PO Box 243 120 9th Street SW Clarion, IA 50525 | - | | | | | | | 217.81 |
| Account No. | | | | DATE: 7/30/10 Business Trade Debt | | | | |
| Technology Electric, Inc. 10784 East 141st Street Noblesville, IN 46060 | - | | | | | | | 184.45 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          45,999.14

B6F (Official Form 6F) (12/07) - Cont.

In re   Dye's Walk Country Club, LLC                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DATE: 9/16/10 Business Trade Debt | | | | |
| Tmax PO Box 360286 Pittsburgh, PA 15250 | - | | | | | | | |
| | | | | | | | | 1,511.36 |
| Account No. | | | | DATE: 1/2011 - 4/2011 Attorneys fees | | | | |
| Voyles Zahn Paul Hogan & Merriman 141 E. Washington St., Ste. 300 Indianapolis, IN 46204 | - | | | | | | | |
| | | | | | | | | 625.00 |
| Account No. | | | | DATE: 2010 Loan - gold membership | | | | |
| William M. Newport 5895 Shallow Water Ln. Bargersville, IN 46106 | - | | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,136.36

Total
(Report on Summary of Schedules)                1,343,921.33

B6G (Official Form 6G) (12/07)

In re    Dye's Walk Country Club, LLC _____,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Board of Trustees of the Mount Auburn Methodist Church | Lease of 1 acre of land located in Johnson County, Indiana. Lease date: 11/1/1961 Lease term: 99 yrs |
| Gordon Flesch Company, Inc. 2101 West Beltline Highway Madison, WI 53713 | Copier lease. |
| Textron Financial Corporation 40 Westminster Road Providence, RI 02903 | All Textron equipment and inventory, attachments, accessories and accessions, spare parts, proceeds of sale, etc., which generally consists of fleet of 60 golf carts. |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     Dye's Walk Country Club, LLC                                          ,     Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brian Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Ronald H. West<br>2917 S. Emerson Ave.<br>Greenwood, IN 46143 |
| Brian Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Raymond Pierce Construction, Inc.<br>d/b/a Pierce Construction, Inc.<br>6301 Rockville Rd.<br>Indianapolis, IN 46214 |
| Brian Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Indiana Bank & Trust<br>8740 South Emerson Avenue<br>Indianapolis, IN 46237 |
| Brian K. Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Greg E. Wertz<br>2282 Wedge Way Ct.<br>Greenwood, IN 46143 |
| Brian K. Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Shelby Gravel, Inc.<br>157 E. Rampart Rd.<br>Shelbyville, IN 46176 |
| Sheila Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Ronald H. West<br>2917 S. Emerson Ave.<br>Greenwood, IN 46143 |
| Sheila Benham<br>5363 N. 400 W.<br>Bargersville, IN 46106 | Raymond Pierce Construction, Inc.<br>d/b/a Pierce Construction, Inc.<br>6301 Rockville Rd.<br>Indianapolis, IN 46214 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Dye's Walk Country Club, LLC

Debtor(s)

Case No.           
Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Authorized Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   35   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 7, 2011

Signature    /s/ Brian K. Benham

Brian K. Benham
Authorized Agent

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC                Case No. _____

                              Debtor(s)        Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $365,054.00 | 2011: YTD Business gross income as of 4/30/2011 |
| $1,360,000.00 | 2010: Business gross income |
| $1,345,000.00 | 2009: Business gross income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Harleysville, Insurance | 4/14/11 | $14,073.00 | $0.00 |
| Johnson County Assessor<br>86 West Court Street<br>Franklin, IN 46131 | 5/10/11 | $20,452.27 | $30,799.51 |
| McFarling Foods<br>PO Box 2207<br>Indianapolis, IN 46206 | 3/4/11 - $71.20; 3/4/11 - $592.79; 3/4/11 - $96.87; 3/7/11 - $419.66; 3/9/11 - $843.84; 3/16/11 - $822.05; 3/18/11 - $172.09; 3/23/11 - $1,117.69; 3/30/11 - $1,157.31; 4/1/11 - $261.73; 4/5/11 - $99.58; 4/5/11 - $373.24; 4/13/11 - $1,068.97; 4/20/11 - $1,151.36; 4/27/11 - $1,489.71; 5/4/11 - $924.49; 5/11/11 - $2,312.49; 5/18/11 - $2,283.33; 5/25/11 - $2,662.21 | $17,920.61 | $1,922.99 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Dye's Walk Management<br>9611 Cloverleaf Lane<br>Fishers, IN 46038<br>　　　Business | 5/4/11 - $2,983; 5/17/11 - $3,724.75 | $6,707.75 | $0.00 |
| George Cannon<br>9611 Cloverleaf Lane<br>Fishers, IN 46038<br>　　　Business | 5/4/11 - $4,625; 6/3/11 - $3,475 | $8,100.00 | $23,225.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kenney Corporation d/b/a Kenney Outdoor Solutions v. Dye's Walk Country Club, LLC, et al.; Cause No. 49D12-1105-CC-020566 | Complaint on note and security agreement | Marion Superior 12 | Pending |
| Richard Riley v. Dye's Walk Country Club, LLC, et al; Dye's Walk Country Club, LLC v. Richard Riley; Cause No. 41D01-1009-PL-00056 | Complaint for default on promissory note | Johnson Superior 1 | Pending; Counterclaim filed 8/16/10 |
| Richard Riley v. Dye's Walk Country Club, LLC, et al; Dye's Walk Country Club, LLC v. Richard Riley; Cause No. 41D03-1006-PL-00027 | Complaint for default on promissory note | Johnson Superior 3 | Case transferred to Superior Court 1, Cause No. 41D01-1009-PL-00056, on 9/23/10. |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Deere Credit, Inc. 6400 NE 86th Street Johnston, IA 50131 | 05/2011 | 12 pieces of equipment used for golf course maintenance.  Repossessed, then sold to Dye's Walk, LLC |

#### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7.  Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Tucker \| Hester, LLC<br>429 North Pennsylvania Street, Suite 100<br>Indianapolis, IN 46204 | 5/11/11<br>6/3/11 | $1,000.00<br>$26,039.00 |

### 10.  Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Dye's Walk, LLC 2080 South S.R. 135 Greenwood, IN 46143 | John Deere equipment.  $110,000.00. | 2080 South S.R. 135, Greenwood, Indiana 46143 |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Bradley C. Huls 5710 North Oxford Street Indianapolis, IN 46220 | |

7

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None
□ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|---------------------|------------------------------------------------------------------|
| 05/31/2011 | Matt Spencer | $3,400.00 |
| 05/31/2011 | Rob Buckner | $15,263.00 |
| 05/31/2011 | Andrew Kraft | $9,422.21 |
| 05/31/2011 | Courtney King | $3,182.00 |

None
□ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| 05/31/2011 | George Cannon<br>9611 Cloverleaf Lane<br>Fishers, IN 46038 |
| 05/31/2011 | George Cannon<br>9611 Cloverleaf Lane<br>Fishers, IN 46038 |
| 05/31/2011 | George Cannon<br>9611 Cloverleaf Lane<br>Fishers, IN 46038 |
| 05/31/2011 | George Cannon<br>9611 Cloverleaf Lane<br>Fishers, IN 46038 |

## 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|-------------------|------------------------|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Brian Benham | Owner | 100% |
| 5363 N. 400 W. | | |
| Bargersville, IN 46106 | | |

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June  7, 2011                          Signature   /s/ Brian K. Benham
                                                          Brian K. Benham
                                                          Authorized Agent

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Indiana

In re   Dye's Walk Country Club, LLC          Case No. _____

Debtor(s)      Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 26,000.00 |
| Prior to the filing of this statement I have received | $ | 26,000.00 |
| Balance Due | $ | 0.00 |

2.   $ __1,039.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         Total compensation shall be based upon total hours of legal services rendered at applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions or any other adversary proceedings.

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __June 7, 2011__          /s/ Jeffrey M. Hester
                                        Jeffrey M. Hester
                                        Tucker | Hester, LLC
                                        429 N. Pennsylvania Street, Suite 100
                                        Indianapolis, IN 46204-1816
                                        (317) 833-3030   Fax: (317) 833-3031

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC                           ,         Case No. _____

                                         Debtor

                                                  Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___June 7, 2011_____         Signature _/s/ Brian K. Benham_____
                                                           Brian K. Benham
                                                           Authorized Agent

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                       18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC                                    Case No. _____

                                                   Debtor(s)              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 7, 2011                        /s/ Brian K. Benham _____

                                                Brian K. Benham/Authorized Agent
                                                Signer/Title

ACUSHNET COMPANY
PO BOX 965
FAIRHAVEN, MA 02719


ACUSHNET/FOOTJOY
333 BRIDGE STREET
FAIRHAVEN, MA 02719


ADVANCED TURF SOLUTIONS, INC.
12840 FORD DRIVE
FISHERS, IN 46038


ANTIGUA GROUP, INC.
2903 BAYSPHERE CIRCLE
CHICAGO, IL 60674


APPLE ELECTRIC, INC.
2260 BLUEWING RD.
GREENWOOD, IN 46143


AQUATIC SERVICES OF INDIANA
122 BLUFFDALE DRIVE
GREENWOOD, IN 46142


ATLAS INDUSTRIAL HOLDINGS, LLC
5275 SINCLAIR ROAD
COLUMBUS, OH 43229

BARDACH AWARDS
220 WEST MAIN STREET
GREENWOOD, IN 46142


BARRY ROHM
2104 WOODSWAY DR.
GREENWOOD, IN 46143


BEST RENTALS
1625 SOUTHEASTERN AVENUE
INDIANAPOLIS, IN 46201


BOB JORDAN
1219 STILLWATER CT.
GREENWOOD, IN 46142


BOYER TECHNOLOGIES, INC.
5850 KOPETSKY DRIVE, SUITE E
INDIANAPOLIS, IN 46217


BREHOB NURSERY
4316 BLUFF ROAD
INDIANAPOLIS, IN 46217


BRIAN BENHAM
5363 N. 400 W.
BARGERSVILLE, IN 46106

BRIAN K. BENHAM
5363 N. 400 W.
BARGERSVILLE, IN 46106


BRUCE MITCHELL
3703 THE COURTS
GREENWOOD, IN 46143


BUSHNELL OUTDOOR PRODUCTS
1551 BAYSPHERE CIRCLE
CHICAGO, IL 60674


C.J. HOUSTON
2726 REFLECTION WAY
GREENWOOD, IN 46143


CALLAWAY GOLF
PO BOX 9002
CARLSBAD, CA 92018


CAP AMERICA
PO BOX 840176
KANSAS CITY, MO 64184


CINTAS
50 SOUTH KOWEBA LANE
INDIANAPOLIS, IN 46201

CITICAPITAL COMMERCIAL CORPORATION
2208 HIGHWAY 121
BEDFORD, TX 76021


CLEVELAND GOLF
PO BOX 7270
NEWPORT BEACH, CA 92658


COBRA PUMA GOLF, INC.
10 LYBERTY WAY
WESTFORD, MA 01886


COMPLETE ELECTRICAL & MECHANICAL
P.O. BOX 17546
INDIANAPOLIS, IN 46217


COMPTON MECHANICAL SERVICES, INC.
8812 AMERICAN BOULEVARD
INDIANAPOLIS, IN 46268


COMPTON REMODEL ACCT
8812 AMERICAN BOULEVARD
INDIANAPOLIS, IN 46268


CUSTOM CONTRACTING & MANAGEMENT
1286 THREE STORY HILL RD.
MORGANTOWN, IN 46160

DMX
600 CONGRESSIONAL AVENUE, SUITE 1900
AUSTIN, TX 78701

DOUG QUICK
8964 WINTERBERRY COURT
ZIONSVILLE, IN 46077

DOUGLAS DESMIT
2056 LAKE RUN DR.
GREENWOOD, IN 46143

DYE'S WALK INVESTMENT, LLC
9611 CLOVER LEAF LN.
FISHERS, IN 46038

EARL GRAY
6720 W. 425 S.
MORGANTOWN, IN 46160

EARL GRAY AND SONS, INC.
P.O. BOX 517
BARGERSVILLE, IN 46106

EMPLOYEES OF DYE'S WALK COUNTRY CLUB
2080 SOUTH S.R. 135
GREENWOOD, IN 46143

ESSIG GOLF, LLC
1800 WEST 18TH STREET
INDIANAPOLIS, IN 46202


FED EX
8307 NORTH PERIMETER ROAD
INDIANAPOLIS, IN 46241


FINANCIAL MANAGEMENT SERVICES, INC.
1001 WEARRENVILLE ROAD, SUITE 210
LISLE, IL 60532


GALE INSULATION
2040 LYNHURST DRIVE, SUITE F
INDIANAPOLIS, IN 46241


GE CAPITAL
PO BOX 6229
CAROL STREAM, IL 60197


GE CAPITAL
PO BOX 644479
PITTSBURGH, PA 15264


GEAR FOR SPORTS, INC.
9700 COMMERCE PARKWAY
OVERLAND PARK, KS 66214

GEORGE A. RUBIN
RUBIN & LEVIN, P.C.
342 MASSACHUSETTS AVE., #500
INDIANAPOLIS, IN 46204


GEORGE CANNON
9611 CLOVERLEAF LANE
FISHERS, IN 46038


GFC LEASING
2101 WEST BELTLINE HIGHWAY
MADISON, WI 53713


GFC LEASING
A DIVISION OF GORDON FLESCH CO., INC.
2101 WEST BELTLINE HIGHWAY
MADISON, WI 53713


GORDON FLESCH COMPANY, INC.
2101 WEST BELTLINE HIGHWAY
MADISON, WI 53713


GREENWOOD SURVEYING, INC.
D/B/A PROJECTS PLUS
2555 FAIRVIEW PLACE, #A
GREENWOOD, IN 46142-1322


GREG E. WERTZ
2282 WEDGE WAY CT.
GREENWOOD, IN 46143

GREG NORMAN COLLECTION, INC.
PO BOX 601898
CHARLOTTE, NC 28260


GREG WERTZ
2282 WEDGE WAY CT.
GREENWOOD, IN 46143


HOME DEPOT
850 SOUTH S.R. 135
GREENWOOD, IN 46143


IBS
12201 GAYTON ROAD, SUITE 100
HENRICO, VA 23238


INDIANA BANK & TRUST
8740 SOUTH EMERSON AVENUE
INDIANAPOLIS, IN 46237


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES EMBERTON
2110 WOODSWAY DR.
GREENWOOD, IN 46143

JANKE PAINTING, INC.
5715 WINTERWIND LN.
INDIANAPOLIS, IN 46237


JERROLD TIPMORE
4195 MAPLE HILL DR.
GREENWOOD, IN 46143


JOE RISSER
4611 OSPREY DR.
GREENWOOD, IN 46143


JOHN DEERE LANDSCAPES
24110 NETWORK PLACE
CHICAGO, IL 60673


JOHNSON COUNTY ASSESSOR
86 WEST COURT STREET
FRANKLIN, IN 46131


KENNEY CORPORATION
D/B/A KENNEY OUTDOOR SOLUTIONS
8420 ZIONSVILLE RD.
INDIANAPOLIS, IN 46268


KLOSTERMAN BAKING COMPANY
PO BOX 712572
CINCINNATI, OH 45229

LESCO
PO BOX 530955
ATLANTA, GA 30353


LORIAN LABS
256 YOKE STREET
INDIANAPOLIS, IN 46225


LOUD MOUTH GOLF
205 DEANZA BOULEVARD, #99
SAN MATEO, CA 94402


LPGA HEADQUARTERS
100 INTERNATIONAL GOLF DRIVE
DAYTONA BEACH, FL 32124


MAUI JIM USA, INC.
6535 EAGLE WAY
CHICAGO, IL 60678


MICHAEL REDDICK
3139 FAIRWAY CT.
GREENWOOD, IN 46143


MIDWEST GOLF & TURF
10737 MEDALLION DRIVE, SUITE A
CINCINNATI, OH 45241

MIKE MINOR
4239 WOODSAGE TRACE
INDIANAPOLIS, IN 46237


P&P GOLF CAR RENTAL
7318 EAST OLD S.R. 144
MOORESVILLE, IN 46158


PHILLIP BEATY
3660 OAK FORGE WAY
GREENWOOD, IN 46143


PING
PO BOX 52450
PHOENIX, AZ 85072


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250


PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285


PRO POWER
PO BOX 382
MILWAUKEE, WI 53201

PROFESSIONAL GOLFCAR CORPORATION
PO BOX 250
BLOOMINGTON, IN 47402


R&R PRODUCTS, INC.
3334 EAST MILBER STREET
TUCSON, AZ 85714


RAYMOND PIERCE CONSTRUCTION, INC.
D/B/A PIERCE CONSTRUCTION, INC.
6301 ROCKVILLE RD.
INDIANAPOLIS, IN 46214


REYNOLDS FARM EQUIPMENT
PO BOX 218
FISHERS, IN 46038


RILEY BENNETT & EGLOFF, LLP
141 EAST WASHINGTON STREET, 4TH FLOOR
INDIANAPOLIS, IN 46204


ROBERT KLENE
1407 E. STOP 10 RD.
INDIANAPOLIS, IN 46227


ROBERT KRAMER
222 WALNUT WOODS DR.
GREENWOOD, IN 46142

ROBERT SHOEMAKER
2777 SADDLE CLUB RD.
GREENWOOD, IN 46143


ROGER UNDERWOOD
5433 BROOKS RD.
GREENWOOD, IN 46143


RONALD H. WEST
2917 S. EMERSON AVE.
GREENWOOD, IN 46143


SANDBAGGERS
PO BOX 17677
PORTLAND, ME 04112


SCOTT GUDEMAN
3132 GOLFVIEW DR.
GREENWOOD, IN 46143


SHEILA BENHAM
5363 N. 400 W.
BARGERSVILLE, IN 46106


SHELBY GRAVEL, INC.
157 E. RAMPART RD.
SHELBYVILLE, IN 46176

SHERWIN WILLIAMS
331 SOUTH S.R. 135, SUITE E
GREENWOOD, IN 46142


SONITROL
219 EAST ST. JOSEPH STREET
INDIANAPOLIS, IN 46202


SPECTRUM FLOORING AND SERVICES
198 EAST MAIN STREET
GREENWOOD, IN 46143


SRIXON SPORTS USA, INC.
PO BOX 102674
ATLANTA, GA 30368


ST. ANDREW'S PRODUCTS CO.
500 MARINER DRIVE
MICHIGAN CITY, IN 46360


STEVE OLIVER
3440 OLD MORGANTOWN RD.
MARTINSVILLE, IN 46151


STRAIGHT DOWN CLOTHING, FIRST CAPITAL
PO BOX 643382
CINCINNATI, OH 45264

TAYLOR MADE
PO BOX 406043
ATLANTA, GA 30384


TEAM EFFORT, INC.
PO BOX 243
120 9TH STREET SW
CLARION, IA 50525


TECHNOLOGY ELECTRIC, INC.
10784 EAST 141ST STREET
NOBLESVILLE, IN 46060


TEXTRON FINANCIAL CORPORATION
40 WESTMINSTER ROAD
PROVIDENCE, RI 02903


TMAX
PO BOX 360286
PITTSBURGH, PA 15250


VOYLES ZAHN PAUL HOGAN & MERRIMAN
141 E. WASHINGTON ST., STE. 300
INDIANAPOLIS, IN 46204


WILLIAM M. NEWPORT
5895 SHALLOW WATER LN.
BARGERSVILLE, IN 46106

# United States Bankruptcy Court
## Southern District of Indiana

In re    Dye's Walk Country Club, LLC _____

                                Debtor(s)

Case No. _____

Chapter    11 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Dye's Walk Country Club, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  7, 2011 _____

Date

/s/ Jeffrey M. Hester _____

Jeffrey M. Hester

Signature of Attorney or Litigant

Counsel for    Dye's Walk Country Club, LLC _____

Tucker | Hester, LLC
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204-1816
(317) 833-3030 Fax:(317) 833-3031